**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STEVE KOHLER and
DAVID RYALS

      Plaintiffs,

vs.                                              CASE NO. 3:07-cv-344-J-34TEM

UNITED STATES OF AMERICA

      Defendant.
_____

**O R D E R**

This matter is before the Court on Defendant's Motion for Leave to Amend Answer and Affirmative Defenses (Doc. #23, Motion to Amend), filed August 29, 2008. Defendant seeks to amend the originally filed answer and affirmative defenses (Doc. #7).

Rule 15(a) of the Federal Rules of Civil Procedure states that leave to amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15; *Foman v. Davis*, 371 U.S. 178, 182 (1962). In the language of the *Foman* Court,

> In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.– the leave sought should, as the rules require, be 'freely given.'

*Foman*, 371 U.S. at 182.

At present, Plaintiffs have yet to file a response in opposition to the instant motion. Local Rule 3.01(b) provides: "Each party opposing a motion or application shall file within ten (10) days after service of the motion or application *a* response that includes a memorandum of legal authority in opposition to the request. . . ." Since no response in

opposition has been filed to date, the Court will treat the instant motion as unopposed. In addition, the Court finds Defendant's motion not to be in bad faith, for purposes of delay, or for any suspect reason stated above. Plaintiff would not be prejudiced by the amended answer and affirmative defenses, but is free to refute such at trial or in summary judgment proceedings. Accordingly, the Court shall grant Defendant's Motion to Amend (Doc. #23).

Thus, upon due consideration, it is hereby **ORDERED:**

1. Defendant's Motion to Amend (Doc. #23) is **GRANTED.**

2. Defendant shall have **twenty (20) days** from the date of this Order **within which to file an amended answer and affirmative defenses**.

**DONE AND ORDERED** at Jacksonville, Florida this  7th   day of October, 2008.

Copies to:
Counsel of Record
*Pro Se* Parties (if any)

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge